UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-645-W

| | |
|---|---|
| DIRECTV, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOROTHY ANN PAYNE, Individually )<br>and d/b/a DOTS HOT SPOT, a/k/a )<br>DOTS, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (Doc. No. 12). In its filing, Plaintiff informed the Court that the parties have settled the matters in controversy between them. The Notice further states that, "The Clerk's Office, in its discretion, is authorized to administratively close this case due to settlement." In addition, Plaintiff's counsel informed Chambers telephonically that she did not intend to file a Stipulation of Dismissal or anything further in this case.

THEREFORE, because Plaintiff has advised the Court that the parties have settled all matters in controversy among them, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days. All pending motions and other deadlines are TERMINATED. Plaintiff and its counsel are DIRECTED to promptly serve a copy of this Order on Defendants.

IT IS SO ORDERED.

Signed: September 23, 2011

Frank G. Johns, Clerk
United States District Court